IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02181-PAB-CBS

IWAPI INC.,
a Delaware corporation,

    Plaintiff,

v.

PHILLIP M. MALDONADO,
a/k/a MARK MALDONADO,
an individual,

    Defendant.

## ORDER

THIS MATTER, coming before the Court upon Plaintiff IWAPI, Inc.'s Motion for Leave of Court to Subpoena T-Mobile USA, Inc. under Fed. R. Civ. P. 26(d)(1) and 45(a)(2)(C) (*doc. #6)*, and being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff may issue a subpoena directed to T-Mobile USA Inc. under Fed. R. Civ. P. 26(d)(1) and 45(a)(2)(C) for the purpose of obtaining the billing address associated with telephone number 303-350-0263.

DATED at Denver, Colorado, this 5th day of October, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge